**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| SUDAN R. JONES, | ) | No. CV 08-408-CBM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| DEBRA DEXTER, | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: August 14, 2013

_____
HON. CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICTJUDGE